IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HENRY WAYNE COLLIER, | ) | |
| | ) | |
| Petitioner, | ) | 1:16CV403 |
| | ) | 1:07CR55-1 |
| v. | ) | 1:07CR119-1 |
| | ) | 1:07CR120-1 |
| UNITED STATES OF AMERICA, | ) | 1:07CR307-1 |
| | ) | |
| Respondent. | ) | |

**<u>ORDER</u>**

On June 8, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (1:07CR55-1, Docs. 33, 34; 1:07CR119-1, Docs. 24, 25; 1:07CR120-1, Docs. 23, 24; 1:07CR307-1, Docs. 14, 15.) Counsel for Petitioner filed a Notice stating that no objection will be filed to the Magistrate Judge's Recommendation. (1:07CR55-1, Doc. 35; 1:07CR119-1, Doc. 26; 1:07CR120-1, Doc. 25; 1:07CR307-1, Doc. 16.) However, on June 19, 2017, Petitioner filed objections to the Recommendation. (1:07CR55-1, Doc. 36; 1:07CR119-1, Doc. 27; 1:07CR120-1, Doc. 26; 1:07CR307-1, Doc. 17.)

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate

Judge's Recommendation.[1] This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (1:07CR55-1, Doc. 26; 1:07CR119-1, Doc. 18; 1:07CR120-1, Doc. 18; 1:07CR307-1, Doc. 9) is **DENIED**. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 18th day of July, 2017.

/s/ William L. Osteen, Jr.
_____
United States District Judge

---

[1] Petitioner's objections state that he filed a supplement seeking relief under Mathis v. United States, ___ U.S. ___, 136 S. Ct. 2243 (2016). The record, however, reveals no such filing. In any event, the court has determined that Mathis would not entitle Petitioner to any relief.